NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:08mj29/MD

Joshua F. Miller

On May 21, 2008, the above named was placed on probation for a period of one (1) year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Joshua Franklin Miller be discharged from Probation.

Respectfully submitted,

*Francine Ware*
Francine Ware
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 31ST day of March, 2009.

*Miles Davis*
Miles Davis
United States Magistrate Judge